LEXINGTON INS. CO. v. TIRES INTO
    RECYCLED ENERGY & SUPPLIES, INC.

No. 42P00

Case below: 136 N.C.App. 223

Petition by plaintiff for discretionary review pursuant to G.S.
7A-31 denied 4 May 2000.

MYERS v. TOWN OF PLYMOUTH

No. 17PA00

Case below: 135 N.C.App. 707

Petition by defendant for discretionary review pursuant to G.S.
7A-31 allowed 4 May 2000.

NORTHFIELD DEV. CO. v. CITY OF BURLINGTON

No. 63A00

Case below: 136 N.C.App. 272

Petition by defendant for discretionary review pursuant to G.S.
7A-31 and Appellate Rule 16(b) as to issues in addition to those pre-
sented as the basis for the dissenting opinion in the Court of Appeals
allowed 4 May 2000. Petition by plaintiff for discretionary review pur-
suant to G.S. 7A-31 and Appellate Rule 16(b) as to issues in addition
to those presented as the basis for the dissenting opinion in the Court
of Appeals allowed 4 May 2000.

STATE v. ALLEN

No. 27P00

Case below: 134 N.C.App. 733

Petition by defendant for writ of certiorari to review the decision
of the North Carolina Court of Appeals denied 4 May 2000.

STATE v. BODIE

No. 142P00

Case below: 137 N.C.App. 177

Petition by defendant for discretionary review pursuant to G.S.
7A-31 denied 4 May 2000.